AO 442 (Rev. 3/11) Arrest Warrant
Internal (Rev. 5/12)

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

United States of America )
v. ) Case No. 0205 3:07CR00235-001
Laird C. Yard )
Defendant )

1:13MJ286A

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without necessary delay

(name of person to be arrested) **Laird C. Yard**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Failure to participate in substance abuse treatment and Failure to follow instructions of USPO.

Date: 4/5/13

_Barbara J. Sunbury_
Issuing officer's signature

City and state: Hartford, CT

_Barbara Sunbury, Deputy Clerk_
Printed Name and Title

☐ INSTRUCTIONS: Check this box to lock fields when completed. Issuing Officer is the Clerk of Court

| Return |
|---|
| This warrant was received on (date) _____, and the person was arrested on (date) _____ at (city and state) _____ |
| Date: _____ |
| Arresting officer's signature |
| Printed name and title |

# UNITED STATES DISTRICT COURT
## for
## Connecticut

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Laird C. Yard                    Docket Number: 0205 3:07CR00235-001

Name of Sentencing Judicial Officer: Honorable Robert N. Chatigny, U.S. District Judge

Date of Original Sentence: August 29, 2012

Original Offense: Felon in Possession of a Firearm, in violation of 18 U.S.C. section 922(g)(1)

Original Sentence: 6 Months Bureau of Prisons; 24 Months of Supervised Release

Type of Supervision: Supervised Release      Date Supervision Commenced: January 23, 2013

Defense Attorney: Deirdre Murray            Assistant U.S. Attorney: John H. Durham

### PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| | |
|---|---|
| Special Condition | The defendant shall participate in a program of substance abuse monitoring, counselling and treatment under the direction of the probation office, including 6 months of residential treatment, which will take place at the start of his term of supervised release. The defendant will pay all or a part of the costs associated with this treatment based on his ability to pay in an amount determined by the probation office. Since the commencement of his supervision (1/23/13), despite having been referred to several facilities, Mr. Yard has failed to follow through with the admissions process. |
| Standard Condition | The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. On February 6, 2013, Mr. Yard was instructed to call the probation office daily. Mr. Yard last contacted the USPO on 3/24/13. His current whereabouts is unknown. |

Any data typed beyond the space provided will not print. If more space is required, click the Add Page button.

Page 1 of 2

U.S. Probation Officer Recommendations:

It is respectfully recommended that a warrant be issued for Mr. Yard's arrest and that he be brought before the Court to answer why his supervision should not be revoked.

☒ The term of supervision should be
☒ revoked.
☐ extended for _____ years, for a total term of _____ years.
☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed On          April 5, 2013

*Charmaine R. Harkins*

Charmaine R. Harkins
U.S. Probation Officer

**THE COURT ORDERS:**

☐ No Action
☒ The issuance of a warrant
☐ The issuance of a summons  Date: _____
☐ Other

**Robert N. Chatigny**
Digitally signed by Robert N. Chatigny
DN: o=Administrative Office of the US Courts, email=robert_n_chatigny@ctd.uscourts.gov, cn=Robert N. Chatigny
Date: 2013.04.05 15:10:47 -04'00'

Signature of Judicial Officer

04/05/13
Date

Any data typed beyond the space provided will not print. If more space is required, click the Add Page button.

CLOSED,DFM,EFILE

# U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
## CRIMINAL DOCKET FOR CASE #: 3:07-cr-00235-RNC-1

| | |
|---|---|
| Case title: USA v. Yard | Date Filed: 10/11/2007 |
| | Date Terminated: 09/02/2008 |

Assigned to: Judge Robert N. Chatigny

### Defendant (1)

| | | |
|---|---|---|
| **Laird Yard**<br>*TERMINATED: 09/02/2008* | represented by | **Deirdre A. Murray**<br>Federal Public Defender's Office - Htfd<br>10 Columbus Blvd.<br>6th Floor<br>Hartford, CT 06106-1976<br>860-493-6260<br>Fax: 860-493-6269<br>Email: deirdre_murray@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender |

| **Pending Counts** | **Disposition** |
|---|---|
| UNLAWFUL TRANSPORT OF FIREARMS, ETC.<br>(1) | The defendant is sentenced to 24 months of imprisonment. The defendant will be on supervised release for three years. The defendant will pay a special assessment of $100.00 for count one, which is due immediately. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| USA | represented by | **Anthony E. Kaplan**<br>U.S. Attorney's Office-NH<br>157 Church St., 23rd floor<br>New Haven, CT 06510<br>203-821-3700<br>Email: Anthony.Kaplan@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John H. Durham**<br>U.S. Attorney's Office-NH<br>157 Church St., 23rd floor<br>PO Box 1824<br>New Haven, CT 06510<br>203-821-3700<br>Email: john.durham@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Paul Narducci**<br>U.S. Attorney's Office-NH<br>157 Church St., 23rd flr<br>New Haven, CT 06510<br>203-821-3700<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 10/11/2007 | 1 | SEALED INDICTMENT returned before Judge Thomas P. Smith. Warrant to issue, returned before grand jury number H-07-1 as to Laird Yard (1) count(s) 1. (S-Sunbury, B.) (Entered: 10/12/2007) |
| 10/12/2007 |  | Oral MOTION to Unseal Case by USA as to Laird Yard. (S-Sunbury, B.) (Entered: 10/15/2007) |
| 10/12/2007 |  | Oral ORDER granting Motion to Unseal Case as to Laird Yard (1). Signed by Judge Donna F. Martinez on 10/12/07. (S-Sunbury, B.) (Entered: 10/15/2007) |
| 10/12/2007 |  | Case unsealed as to Laird Yard (Sunbury, B.) (Entered: 10/15/2007) |
| 10/12/2007 | 2 | ELECTRONIC FILING ORDER as to Laird Yard. Signed by Judge Robert N. Chatigny on 10/12/07. (Sunbury, B.) Additional attachment(s) added on 10/15/2007 (Walker, J.). (Entered: 10/15/2007) |
| 10/12/2007 | 3 | Minute Entry for proceedings held before Judge Donna F. Martinez :Initial Appearance as to Laird Yard held on 10/12/2007, Arraignment as to Laird Yard (1) Count 1 held on 10/12/2007, Plea entered by Laird Yard (1) Count |

|            |    |                                                                                                                                                                                                                                                                                                                                                 |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | 1Laird Yard (1) NOT Guilty Count 1. by Laird Yard Detention Hearing set for 10/16/2007 11:00 AM in East Courtroom, 450 Main St., Hartford, CT before Judge Martinez and 8 minutes(Court Reporter Bowles.)(Sunbury, B.) Modified on 10/15/2007 (Sunbury, B.). (Entered: 10/15/2007)                                                                |
| 10/12/2007 |    | Arrest of Laird Yard (Sunbury, B.) (Entered: 10/15/2007)                                                                                                                                                                                                                                                                                        |
| 10/12/2007 | 4  | CJA 23 Financial Affidavit by Laird Yard (Sunbury, B.) (Entered: 10/15/2007)                                                                                                                                                                                                                                                                    |
| 10/12/2007 | 5  | MOTION for Pretrial Detention by USA as to Laird Yard. (Sunbury, B.) (Entered: 10/15/2007)                                                                                                                                                                                                                                                      |
| 10/12/2007 | 6  | SCHEDULING ORDER as to Laird Yard Discovery Motions due 11/2/07 Government Response due 11/9/07 Proposed Voir Dire Questions due 12/4/07 Proposed Jury Instructions due 12/4/07 Jury Selection set for 12/11/2007 09:00 AM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. Signed by Judge Donna F. Martinez on 10/12/07. (Sunbury, B.) (Entered: 10/15/2007) |
| 10/12/2007 | 7  | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Laird Yard Deirdre A. Murray for Laird Yard appointed. Signed by Judge Donna F. Martinez on 10/12/07. (Sunbury, B.) (Entered: 10/15/2007)                                                                                                                                                        |
| 10/15/2007 | 8  | Docket Entry Correction as to Laird Yard re 2 Electronic Filing Order. Added e-file notice as attachment. (Walker, J.) (Entered: 10/15/2007)                                                                                                                                                                                                    |
| 10/16/2007 | 9  | Minute Entry for proceedings held before Judge Donna F. Martinez :Detention Hearing as to Laird Yard held on 10/16/2007 and 5 minutes(Court Reporter Bowles.)(Sunbury, B.) (Entered: 10/16/2007)                                                                                                                                                |
| 10/16/2007 | 10 | ORDER OF DETENTION as to Laird Yard. Signed by Judge Donna F. Martinez on 10/17/07. (Sunbury, B.) (Entered: 10/16/2007)                                                                                                                                                                                                                         |
| 10/30/2007 | 11 | USM Return of Service on Warrant For Arrest executed as to Laird Yard on 10/12/07 (Sunbury, B.) (Entered: 11/01/2007)                                                                                                                                                                                                                           |
| 11/28/2007 | 12 | ORDER REFERRING PLEA to Magistrate Judge Donna F. Martinez as to Laird Yard, Signed by Judge Robert N. Chatigny on 11/27/07. (Blue, A.) (Entered: 11/28/2007)                                                                                                                                                                                   |
| 12/07/2007 | 13 | Minute Entry for proceedings held before Judge Donna F. Martinez:Change of Plea Hearing as to Laird Yard held on 12/7/2007, Plea entered by Laird Yard (1) Guilty Count 1. by Laird Yard and 32 minutes(Court Reporter Bowles.) (Sunbury, B.) (Entered: 12/07/2007)                                                                              |
| 12/07/2007 |    | Minute Entry for proceedings held before Judge Donna F. Martinez: Sentencing set for 2/29/2008 01:00 PM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny and 32 minutes(Court Reporter Bowles.)(Sunbury, B.) (Entered: 12/07/2007)                                                                                |
| 12/07/2007 | 14 | Consent Form as to Laird Yard to enter guilty plea before DFM (Sunbury, B.) (Entered: 12/07/2007)                                                                                                                                                                                                                                               |
| 12/07/2007 | 15 | PLEA AGREEMENT as to Laird Yard (Sunbury, B.) (Entered: 12/07/2007)                                                                                                                                                                                                                                                                             |

| | | |
|---|---|---|
| 12/07/2007 | 16 | Petition to Enter Plea of Guilty as to Laird Yard ( Signed by Judge Judge Donna F. Martinez) (Sunbury, B.) (Entered: 12/07/2007) |
| 12/07/2007 | 17 | FINDINGS AND RECOMMENDATIONS as to Laird Yard. Signed by Judge Donna F. Martinez on 12/7/07. (Sunbury, B.) (Entered: 12/07/2007) |
| 12/07/2007 | 18 | SENTENCING SCHEDULING ORDER & ACCEPTANCE of Magistrate Judge's Findings as to Laird Yard PSI due 1/18/08 2nd PSI due 2/8/08 Memo in aid of sentencing due 2/18/08 Government Response due 2/25/08 Sentencing set for 2/29/2008 1:00 AM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny, Signed by Judge Robert N. Chatigny on 12/7/07. (Blue, A.) (Entered: 12/07/2007) |
| 12/12/2007 | 19 | NOTICE OF E-FILED CALENDAR as to Laird Yard: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Sentencing set for 2/29/2008 at 01:00 PM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. REMEMBER A SPECIAL ASSESSMENT ON EACH COUNT OF CONVICTION MUST BE PAID AT THE TIME OF SENTENCING. USM & PROBATION NOTIFIED. (Walker, J.) (Entered: 12/12/2007) |
| 01/16/2008 | 20 | MOTION to Continue *Sentencing* by Laird Yard. (Murray, Deirdre) (Entered: 01/16/2008) |
| 01/18/2008 | 21 | ORDER granting 20 Motion to Continue as to Laird Yard (1). Signed by Judge Robert N. Chatigny on 1/18/08. (Sunbury, B.) (Entered: 01/18/2008) |
| 01/18/2008 | | Set/Reset Deadlines/Hearings as to Laird Yard: Sentencing set for 4/4/2008 01:00 PM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny (Sunbury, B.) (Entered: 01/18/2008) |
| 01/24/2008 | 22 | WAIVER of Sentencing Time by Laird Yard (Murray, Deirdre) (Entered: 01/24/2008) |
| 01/30/2008 | 23 | NOTICE OF E-FILED CALENDAR as to Laird Yard: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Sentencing moved from 2/29/08 to 4/4/2008 at 01:00 PM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. REMEMBER A SPECIAL ASSESSMENT ON EACH COUNT OF CONVICTION MUST BE PAID AT THE TIME OF SENTENCING. USM & PROBATION NOTIFIED. (Walker, J.) (Entered: 01/30/2008) |
| 03/13/2008 | 24 | NOTICE OF E-FILED CALENDAR as to Laird Yard: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Sentencing moved from 4/4/08 to 5/2/2008 at 01:00 PM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. REMEMBER A SPECIAL ASSESSMENT ON EACH COUNT OF CONVICTION MUST BE PAID AT THE TIME OF SENTENCING. USM & PROBATION NOTIFIED. (Walker, J.) (Entered: 03/13/2008) |
| | | |

| 03/31/2008 | 25 | WAIVER of Sentencing Time by Laird Yard (Murray, Deirdre) (Entered: 03/31/2008) |
|---|---|---|
| 04/16/2008 | 26 | Second MOTION to Continue *Sentencing* by Laird Yard. (Murray, Deirdre) (Entered: 04/16/2008) |
| 04/21/2008 | 27 | ORDER granting 26 Motion to Continue as to Laird Yard (1). Signed by Judge Robert N. Chatigny on 4/21/08. (D'Onofrio, B.) (Entered: 04/21/2008) |
| 04/21/2008 |  | Set/Reset Deadlines/Hearings as to Laird Yard: Sentencing set for 6/13/2008 10:00 AM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny (D'Onofrio, B.) (Entered: 04/21/2008) |
| 04/22/2008 | 28 | NOTICE OF E-FILED CALENDAR as to Laird Yard: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Sentencing moved from 5/2/08 to 6/13/2008 at 10:00 AM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. REMEMBER A SPECIAL ASSESSMENT ON EACH COUNT OF CONVICTION MUST BE PAID AT THE TIME OF SENTENCING. USM & PROBATION NOTIFIED. (Walker, J.) (Entered: 04/22/2008) |
| 04/25/2008 | 29 | ** PLEASE NOTE TIME CHANGE ONLY *** NOTICE OF E-FILED CALENDAR as to Laird Yard: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Sentencing set for 6/13/2008 moved to 02:00 PM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. REMEMBER A SPECIAL ASSESSMENT ON EACH COUNT OF CONVICTION MUST BE PAID AT THE TIME OF SENTENCING. USM & PROBATION NOTIFIED. (Walker, J.) (Entered: 04/25/2008) |
| 05/23/2008 | 30 | NOTICE *OF MANUAL FILING* by Laird Yard (Murray, Deirdre) (Entered: 05/23/2008) |
| 05/23/2008 | 31 | MOTION for Leave to File by Laird Yard. (Sunbury, B.) (Entered: 05/27/2008) |
| 05/23/2008 | 32 | Sealed Document: Memorandum by Laird Yard - (Sunbury, B.) (Entered: 05/27/2008) |
| 05/28/2008 | 33 | ORDER granting 31 Motion for Leave to File as to Laird Yard (1). Signed by Judge Robert N. Chatigny on 5/28/08. (Sunbury, B.) (Entered: 05/29/2008) |
| 06/27/2008 | 34 | NOTICE OF E-FILED CALENDAR as to Laird Yard: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Sentencing moved from 6/13/08 to 8/29/2008 at 02:00 PM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. REMEMBER A SPECIAL ASSESSMENT ON EACH COUNT OF CONVICTION MUST BE PAID AT THE TIME OF SENTENCING. USM & PROBATION NOTIFIED.(Walker, J.) (Entered: 06/27/2008) |
| 08/29/2008 | 35 | Minute Entry for proceedings held before Judge Robert N. |

| | | |
|---|---|---|
| | | Chatigny:Sentencing as to Laird Yard held on 8/29/2008 Total Time: 1 hours and 05 minutes(Court Reporter Warner.)(Sunbury, B.) (Entered: 08/29/2008) |
| 09/02/2008 | 36 | JUDGMENT as to Laird Yard (1), Count(s) 1, The defendant is sentenced to 24 months of imprisonment.The defendant will be on supervised release for three years.The defendant will pay a special assessment of $100.00 for count one, which is due immediately. Signed by Judge Robert N. Chatigny on 8/30/08. (Sunbury, B.) (Entered: 09/02/2008) |
| 05/13/2010 | 37 | Probation form 12B Petition for Modification of Conditions of Supervision with Consent of the Offender as to Laird Yard. Signed by Judge Robert N. Chatigny on 5/12/2010. (Attachments: # 1 Waiver of Hearing) (Blue, A.) (Entered: 05/13/2010) |
| 01/26/2011 | 38 | Probation form 12B Petition for Modification of Conditions of Supervision with Consent of the Offender as to Laird Yard Signed by Judge Robert N. Chatigny on 1/26/2011. (Attachments: # 1 Waiver) (Sheehan, Michael) (Entered: 01/26/2011) |
| 07/08/2011 | 39 | Probation Form 12C Petition for Warrant / Summons requesting a Summons to issue with order of the court thereon as to Laird Yard Signed by Judge Robert N. Chatigny on 7/8/2011. (Cerullo, Kim) (Entered: 07/08/2011) |
| 08/01/2011 | | NOTICE OF E-FILED CALENDAR as to Laird Yard: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Initial Appearance on Revocation Proceedings set for 9/23/2011 at 02:00 PM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. USM & PROBATION NOTIFIED. (Glynn, T.) (Entered: 08/01/2011) |
| 09/09/2011 | 40 | Probation form 12B Petition for Modification of Conditions of Supervision with Consent of the Offender as to Laird Yard Signed by Judge Robert N. Chatigny on 8/8/2011. (Cerullo, Kim) (Entered: 09/09/2011) |
| 07/16/2012 | 41 | Probation Form 12C Petition for Warrant / Summons requesting a Warrant to issue with order of the court thereon as to Laird Yard Signed by Judge Robert N. Chatigny on 7/12/2012. (Cerullo, Kim) (Entered: 07/16/2012) |
| 07/26/2012 | 43 | Minute Entry for proceedings held before Judge Thomas P. Smith:Initial Appearance re Revocation of Supervised Release as to Laird Yard held on 7/26/2012, Preliminary Revocation Hearing as to Laird Yard held on 7/26/2012 and 10 minutes(Court Reporter FTR.)(Sunbury, B.) (Entered: 07/30/2012) |
| 07/31/2012 | | Set/Reset Deadlines/Hearings as to Laird Yard: Bond Hearing set for 7/31/2012 at 1:00 PM in East Courtroom, 450 Main St., Hartford, CT before Judge Donna F. Martinez (Wood, R.) (Entered: 07/31/2012) |
| 07/31/2012 | 44 | Minute Entry for proceedings held before Judge Donna F. Martinez:Detention Hearing as to Laird Yard held on 7/31/2012 & continued to 8/9/2012 at 1:00 p.m. Time 5 minutes(Court Reporter FTR.)(Wood, R.) (Entered: 07/31/2012) |
| 07/31/2012 | 45 | Minute Entry for proceedings held before Judge Donna F. Martinez: |

| | | |
|---|---|---|
| | | Evidentiary Hearing held on 7/31/2012. Time 14 minutes(Court Reporter T. Finkelstein.) (Wood, R.) (Entered: 07/31/2012) |
| 07/31/2012 | | "ENTERED IN ERROR" Docket Entry Correction as to Laird Yard re <u>45</u> Evidentiary Hearing. Minute entry was docketed in wrong case. (Wood, R.) (Entered: 08/09/2012) |
| 08/06/2012 | | Set/Reset Deadlines/Hearings as to Laird Yard: Detention Hearing set for 8/9/2012 at 1:00 PM in East Courtroom, 450 Main St., Hartford, CT before Judge Donna F. Martinez (Wood, R.) (Entered: 08/06/2012) |
| 08/06/2012 | <u>46</u> | USM Return of Service on arrest warrant executed as to Laird Yard on 7/26/12 (Blue, A.) (Entered: 08/08/2012) |
| 08/29/2012 | 47 | NOTICE OF E-FILED CALENDAR as to Laird Yard: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Final Hearing re Revocation of Supervised Release set for 8/29/2012 at 10:00 AM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. (Glynn, T.) (Entered: 08/29/2012) |
| 08/29/2012 | <u>48</u> | Minute Entry for proceedings held before Judge Robert N. Chatigny:Hearing re Revocation of Supervised Release as to Laird Yard held on 8/29/2012 Total Time: 1 hour(Court Reporter Warner, Darlene.)(Glynn, T.) (Entered: 08/29/2012) |
| 08/30/2012 | <u>49</u> | Order Revoking Supervised Release as to Laird Yard, Signed by Judge Robert N. Chatigny on 8/29/12. (Blue, A.) (Entered: 09/04/2012) |
| 04/05/2013 | <u>50</u> | Probation Form 12C Petition for Warrant / Summons requesting a Warrant to issue with order of the court thereon as to Laird Yard Signed by Judge Robert N. Chatigny on 04/05/2013. (Topor, B.) (Entered: 04/05/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/14/2013 07:55:19 | | | |
| PACER Login: | us6061 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:07-cr-00235-RNC |
| Billable Pages: | 5 | Cost: | 0.50 |