IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) Misc. No. 1:13MJ286A
)
LAIRD C. YARD )

**ORDER OF REMOVAL**

This matter was heard before Magistrate Judge Lincoln D. Almond on August 14, 2013 pursuant to Rule 40 of the Federal Rules of Criminal Procedure. The defendant, LAIRD C. YARD having been appointed counsel, knowingly and voluntarily admitted that he is the person named in the Arrest Warrant issued in the District of Connecticut on April 5, 2013 in Case No. 0205 3:07CR00235-001.

WHEREFORE, it is hereby ORDERED that defendant, LAIRD C. YARD be removed to the District of Connecticut in the custody of the United States Marshals Service for whatever further proceedings deemed appropriate by that Court.

BY ORDER:

CLERK

ENTER:

Lincoln D. Almond,
United States Magistrate Judge

DATE: 8/14/13